**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Pace IV, LLC** | |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **90-0724066** | |
| 4. | **Debtor's address** | **Principal place of business**  **620 W. Parker Road**  **Plano, TX 75075**  Number, Street, City, State & ZIP Code  **Collin**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **Assets in Dallas, Collin and Travis counties**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor **Pace IV, LLC**  
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

Debtor  **Pace IV, LLC**     Case number (*if known*) _____
        Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Pace IV, LLC**
  Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 1, 2016**
               MM / DD / YYYY

X **/s/ Michael Pace**                          **Michael Pace**
Signature of authorized representative of debtor   Printed name

Title  **Managing Member**

**18. Signature of attorney**

X **/s/ Eric A. Liepins**                        Date **July 1, 2016**
Signature of attorney for debtor                       MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins P.C.**
Firm name

**12770 Coit Road**
**Suite 1100**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone **972-991-5591**      Email address **eric@ealpc.com**

**12338110**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Pace IV, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advances Auto Parts Professional (In Hou<br>AAP Financial Services<br>P.O. Box 742063<br>Atlanta, GA 30374-2063 | | | | | | $13,273.70 |
| Alldata<br>PO BOX 848379<br>Dallas, TX 75284-8379 | | | | | | $14,905.62 |
| American Tire Distributors<br>PO Box 889<br>Hunterville, NC 28070 | | | | | | $15,736.50 |
| Auto Zone<br>P.O. Box 116067<br>Atlanta, GA 30368-6067 | | | | | | $41,739.34 |
| Dave Lyons<br>5715 Sam Houston Cr<br>Austin, TX 78731 | | | | | | $6,000.00 |
| John Pace - Rent<br>1340 Sheppards Creek<br>Lucas, TX 75002 | | | | | | $16,500.00 |
| Midas Trade - Guadalupe<br>P.O. Box 205256<br>Dallas, TX 75320-5259 | | | | | | $39,422.12 |
| Midas Trade - Plano<br>P.O. Box 205256<br>Dallas, TX 75320-5263 | | | | | | $34,317.74 |

Debtor **Pace IV, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **NAPA - Austin**<br>2790 Osbourne Lane<br>Bryan, TX 77803 | | | | | | $44,908.67 |
| **Northstar Bank Of Texas**<br>P.O. Box 430<br>Denton, TX 76202 | | | | | | $58,032.26 |
| **Pacific Accounting & Business Services**<br>810 Richards Street, Ste. 305<br>Honolulu, HI 96813 | | | | | | $24,010.00 |
| **Safety-Kleen**<br>P.O. Box 650509<br>Dallas, TX 75265-0509 | | | | | | $7,208.07 |
| **Travis County Tax Office**<br>P.O. Box 149328<br>Austin, TX 78714-9328 | | | | | | $24,964.00 |
| **Unifirst Holdings, Inc. - Austin**<br>6000 Bolm Road<br>Austin, TX 78721 | | | | | | $5,631.30 |
| **Unifirst Holdings, Inc. - Dallas**<br>6000 Bolm Road<br>Austin, TX 78721 | | | | | | $5,531.69 |
| **WorldPac**<br>P.O. Box 5022<br>Newark, CA 94560-5522 | | | | | | $6,377.93 |
| **XL Parts - Montfort**<br>15701 N.W. Freeway<br>Houston, TX 77040 | | | | | | $16,844.10 |
| **XL Parts - Northwest**<br>15701 N.W. Freeway<br>Houston, TX 77040 | | | | | | $25,526.28 |
| **XL Parts - Richardson**<br>15701 N.W. Freeway<br>Houston, TX 77040 | | | | | | $11,488.61 |
| **XL Parts- Plano**<br>15701 N.W. Freeway<br>Houston, TX 77040 | | | | | | $18,010.95 |

1-800 Radiator (Dallas)
PO Box 59149
Dallas, TX 75229

1-800-Radiator (Austin)
P.O. Box 170161
Austin, TX 78717

10 Foot Wave
7401 Carmel Executive Park Dr
Suite 106
Charlotte, NC 28226

7835 Burnet, Ltd.
C/O Endeavor Real Estate Group
500 W. 5th Street, Suite # 700
Austin, TX 78701

A To Z Tire and Battery
6401 South 1st
Austin, TX 78745-3913

A-1 Automotive Equiptment Repair, Inc
2623 Freewood Dr,
Dallas, TX 75220

A-Line Auto Parts
P.O. Box 18089
Austin, TX 78760-8089

Ace Fire Extinguisher Co.
Box 543
Hutchins, TX 75141

Advances Auto Parts Professional (In Hou
AAP Financial Services
P.O. Box 742063
Atlanta, GA 30374-2063

Airgas-Southwest #1
PO Box 676015
Dallas, TX 75267-6015

Airgas-Southwest #11
PO Box 676015
Dallas, TX 75267-6015

Airgas-Southwest #2
PO Box 676015
Dallas, TX 75267-6015

Airgas-Southwest #4
P.O. Box 676015
Dallas, TX 75267-6015

Airgas-Southwest #7
PO Box 676015
Dallas, TX 75267-6015

Alamo Welding Supply Co #12
PO Box 6356
Austin, TX 78762

Alamo Welding Supply Co #13
P.O. Box 6356
Austin, TX 78762

Alamo Welding Supply Co #14
PO Box 6356
Austin, TX 78762

Alamo Welding Supply Co #15
PO Box 6356
Austin, TX 78762

Alldata
PO BOX 848379
Dallas, TX 75284-8379

Alliance Overhead Door
9617 Great Hills Trail,
Unit 1123,
Austin, TX 78759

Allied Insurance
PO Box 514540
Los Angeles, CA 90051-4540

Allied Sales Company
P.O. Box 6116
Austin, TX 78762

American Tire Distributors
PO Box 889
Hunterville, NC 28070

ASG Security
P.O. Box 219044
Kansas City, MO 64121-9044

Ashland Inc.
PO Box 116735
Atlanta, GA 30368-6735

AT&T
PO Box 660921
Dallas, TX 75266-0921

AT&T U-Verse
P.O. Box 5014
Carol Stream, IL 60197-5014

Atmos Energy
P.O. Box 790311
St. Louis, MO 63179-0311

Auto Equipment Service
2426 Arbuckle Ct
Dallas, TX 75229

Auto Nation
PO Box 849849
Dallas, TX 75284-9849

Auto Zone
P.O. Box 116067
Atlanta, GA 30368-6067

Bestway Office Supply
3209 Premier, #115
Plano, TX 75075

Car Quest Auto Parts
P.O. Box 404875
Atlanta, GA 30384-4875

Central Texas Refuse, Inc.
PO Box 18685
Austin, TX 78760-8685

Chote's Wrecker Service
P.O. Box 301810
Austin, TX 78703

City of Austin
PO BOX 2267
Austin, TX 78703-2267

City of Carrollton
PO Box 115120
Carrollton, TX 75011-5120

City of Dallas
City Hall, 2D, South
Dallas, TX 75277

City of Plano
P.O. Box 861990
Plano, TX 75086-1990

City of Richardson
PO Box 831907
Richardson, TX 75083

Clay Cooley Nissan
4914 South IH 35
Austin, TX 78745

Clay Cooley Volkswagen Of Richardson
300 N. Central Expressway
Richardson, TX 75080

Continental Batteries
4919 Woodall St.
Dallas, TX 75147

Converter Connection
P.O. Box 270390
Flower Mound, TX 75027

Converter Xchange
P.O. Box 173984
Arlington, TX 76003

Courtesy Nissan
6161 Rothway St
Houston, TX 77040

Covert Automotive Group
8107 Research BLVD
Austin, TX 78758

Covert Ford-Lincoln
P.O. Box 201780
Austin, TX 78720-1780

CWD
2010 California Crossing
Dallas, TX 75220-2310

Dallas Dodge
11550 Lyndon B. Johnson Fwy
Dallas, TX 75238

Dave Lyons
5715 Sam Houston Cr
Austin, TX 78731

Direct To Your Door, Inc.
1165 S. Stemmons Frwy, Ste. 186
Lewisville, TX 75067

Dish Network
P.O. Box 94063
Palatine, IL 60094-4063

Earth Energy
Tire Recycling Solutions
1400 S. Travis
Cleveland, TN 77327

Frank Supply
13513 S. Gessner RD Suite 200
Missouri City, TX 77489

Friendly Chevrolet
2754 N. Stemmons Fwy
Dallas, TX 75207

Frontier communications
PO BOX 740407
Cincinnati, OH 45274-0407

H&H OIL A division Of Vertex Energy, Inc
1331 Gemini, Suite 250,
Houston, TX 77058

Henna
P.O. Box 15347
Austin, TX 78761

Huffines Chrysler
4500 Plano Parkway
Plano, TX 75093

Janco International, Inc.
P.O. Box 3050
Traverse City, MI 49685

Joan Lord
6530 Churchill Way
Dallas, TX 75230

John Pace - Rent
1340 Sheppards Creek
Lucas, TX 75002

Kevin Derting (1)
12186 N Mopac Expy
Austin, TX 78758

Liberty Tire Recycling
PO Box 645375
Pittsburgh, PA 15264-5375

Lone Star Overnight
PO Box 149225
Austin, TX 78714-9225

Marlin Business Bank
P.O. Box 13604
Philidelphia, PA 19101-3604

Master Burglar Alarm Co.
PO Box 81116
Austin, TX 78708-1116

Melvin Lord Jr Family Trust
6530 Churchill Way
Dallas, TX 75320-5256

Midas Trade - Ben White
P.O. Box 205256
Dallas, TX 75320-5257

Midas Trade - Burnet
P.O. Box 205256
Dallas, TX 75320-5258

Midas Trade - Guadalupe
P.O. Box 205256
Dallas, TX 75320-5259

Midas Trade - Midway
P.O. Box 205256
Dallas, TX 75320-5260

Midas Trade - Montfort
P.O. Box 205256
Dallas, TX 75320-5261

Midas Trade - Northwest
P.O. Box 205256
Dallas, TX 75320-5262

Midas Trade - Plano
P.O. Box 205256
Dallas, TX 75320-5263

Midas Trade - Research
P.O. Box 205256
Dallas, TX 75320-5264

Midas Trade - Richardson
P.O. Box 205256
Dallas, TX 75320-5265

NAPA - Austin
2790 Osbourne Lane
Bryan, TX 77803

NAPA - Dallas
P.O. Box 848033
Dallas, TX 75284-8033

New York Life
75 Remittance Dr.
Suite 3021
Chicago, IL 60675-3021

North Central Ford
1819 North Central Expressway
Richardson, TX 75080

Northstar Bank Of Texas
P.O. Box 430
Denton, TX 76202

O'Reilly
P.O. Box 9464
Springfield, MO 65801-9464

Pacific Accounting & Business Services
810 Richards Street, Ste. 305
Honolulu, HI 96813

Pep Boys
Remittance Department
P.O. Box 8500-50445
Philidelphia, PA 19178-0445

Plano Summit Investment Venture, L.P.
P.O. Box 260039
Plano, TX 75026

Premium Assignment Corporation
PO Box 8000
Tallahassee, FL 32314-8000

Reliable Chevy
800 N. Central Expressway
Richardson, TX 75080-1240

Reliant
Po box 650475,
Dallas, TX 75265-0475

Republic Services
PO Box 78829
Phoenix, AZ 75062-8829

Safety Compliance Publication
suite 204 / Reference Division
Miramar, FL 33023

Safety-Kleen
P.O. Box 650509
Dallas, TX 75265-0509

Sam Pack's Five Star Ford
1635 Interstate 35 E
Carrollton, TX 75006

Snap-On Equipment, Inc.
Attn: Accounts Payable
950 Technology Way Suite # 301
Libertyville, IL 60048-5339

South Point Hyundai
4610 IH-35 South
Austin, TX 78745

TeleCheck Services, Inc
P.O. Box 60028
City of Industry, CA 91716-0028

Texas Gas Service
PO BOX 219913
Kansas City, MO 64121-9913

Texas Glycol Coolants
P.O. Box 1037
Anna, TX 75409

Texas Information MGMT Systems
P.O. Box 99309
Louisville, KY 40269-0309

Tow Star, Inc.
13550 Floyd Circle
Dallas, TX 75243

Town North Mazda
307 South Central
Richardson, TX 75080

Toyota Of Dallas
2610 Forest Ln
Dallas, TX 75234

Toyota of Richardson
404 Monte Blaine Lane
Richardson, TX 75080

Travis County Tax Office
P.O. Box 149328
Austin, TX 78714-9328

TXU Energy
PO Box 650638
Dallas, TX 75265-0638

Unifirst Holdings, Inc. - Austin
6000 Bolm Road
Austin, TX 78721

Unifirst Holdings, Inc. - Dallas
6000 Bolm Road
Austin, TX 78721

Waste Management- Montfort
P.O. Box 276
Lewisville, TX 75067

Wholesales Part Direct - WPD North
400 Industrial Blvd
Austin, TX 78745

WorldPac
P.O. Box 5022
Newark, CA 94560-5522

XL Parts - Midway
15701 N.W. Freeway
Houston, TX 77040

XL Parts - Montfort
15701 N.W. Freeway
Houston, TX 77040

XL Parts - Northwest
15701 N.W. Freeway
Houston, TX 77040

XL Parts - Richardson
15701 N.W. Freeway
Houston, TX 77040

XL Parts- Plano
15701 N.W. Freeway
Houston, TX 77040

Zep Sales & Service
P.O. Box 841508
Dallas, TX 75284-1508

# United States Bankruptcy Court
**Eastern District of Texas**

In re **Pace IV, LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Pace IV, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 1, 2016**
Date

**/s/ Eric A. Liepins**
**Eric A. Liepins 12338110**
Signature of Attorney or Litigant
Counsel for **Pace IV, LLC**
**Eric A. Liepins P.C.**
**12770 Coit Road**
**Suite 1100**
**Dallas, TX 75251**
**972-991-5591 Fax:972-991-5788**
**eric@ealpc.com**